# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SIGNATURE PHARMACY, INC.,
ROBERT STAN LOOMIS, KENNETH
MICHAEL LOOMIS, NAOMI LOOMIS,
KIRK CALVERT and TONY
PALLADINO,

          **Plaintiffs,**

-vs-                                    Case No. 6:08-cv-1853-Orl-31GJK

P. DAVID SOARES, CHRISTOPHER P.
BAYNES, ALBANY COUNTY DISTRICT
ATTORNEY'S OFFICE, MARK HASKINS,
CITY OF ORLANDO, FLORIDA and
ALEX WRIGHT,

          **Defendants.**

_____

## ORDER

      This matter comes before the Court *sua sponte*. On June 30, 2010, the Court granted the Plaintiffs' unopposed motion to continue the trial, which had been set for July 2010. (Doc. 313). The matter that led to that continuance, and intervening appeals, appear to have concluded. Accordingly, it is hereby

      **ORDERED** that the Plaintiffs and any Defendants with unresolved claims against them shall prepare and file, on or before June 18, 2012, an Amended Case Management Report.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 4, 2012.

                                                    GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party