UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUDGE GREGORY A. PRESNELL**         **FEBRUARY, 2013   TRIAL CALENDAR**

The following cases have been set for trial before the **HONORABLE GREGORY A. PRESNELL,** during the term commencing **9:15 a.m., Monday, February 4, 2013** in Courtroom No. 5A, Fifth Floor, U.S. Courthouse, Florida, 401 West Central Boulevard, Orlando, Florida 32801-0575.

The cases are listed in the order in which they will be tried, although experience indicates that **at times cases may be called out of order**. Further, cases may be sent elsewhere in the District to be tried by any available District Judge, including Visiting Judges. Cases not reached during this trial term will be placed at the beginning of the following month's trial term. For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this Notice which would in any way affect the trial of this case. Plea Agreements must be filed by the deadlines indicated at the status conference. The Court will not accept any plea agreements after that date, and Defendants will be required to plead to the indictment without regard to any agreement with the Government. The parties are required to contact the Magistrate Judges' Courtroom Deputies five (5) days before the end of the month to schedule a time for the change of plea hearing. In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs.

**Counsel and their witnesses are expected to be available on TWENTY-FOUR HOUR'S notice.** Witnesses must wear proper business attire which includes the requirement that **gentlemen wear coat and tie**.

**Note**: Cellular telephones and computer equipment are prohibited where federal judicial proceedings of any kind are conducted, unless otherwise permitted by the judicial officer before whom the particular case or proceeding is pending.

_____

**CIVIL JURY TRIALS, DATE CERTAIN**

February 5, 2013

    6:11-cv-1332-Orl-31KRS             Jury Trial - 4 days
    William Smith                            Bradley N. Laurent/Carlus L. Haynes
    vs.                                          407-246-0077
    City of Oak Hill, Florida              Joseph R. Flood, Jr./Jessica Christy
                                             Conner/Joshua B. Walker
                                             407-422-4310

    Shane Chandler                         Robert E. Bonner/David R. Lane
    Michael Ihnken                        407-872-7774

February 25, 2013

    6:08-cv-1853-Orl-31TBS             Jury Trial - 8 days
    Signature Pharmacy, Inc.             Amy S. Tingley/Robert J. Stovash/Scott A.
    Robert Stan Loomis                 Livingston
    Kenneth Michael Loomis           407-316-0393
    Naomi Loomis                           Frank Marion Townsend
    Kirk Calvert                             407-742-2200
    Tony Palladino                       Brian T. Wilson
                                             407-244-3000

    vs.

    P. David Soares                       Mia D. VanAuken
                                             518-434-9807
    Albany County District Attorney's Office     Robert E. Bonner
                                             407-872-7774
                                             Arete K. Sprio
                                             518-434-9807